# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Roy L. Nelson, III<br>Attorney at Law, Bar No. 7842 | Case No. 2:22-ms-00043<br>ORDER OF SUSPENSION |

On August 16, 2022, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail. (ECF No. 1.) The return receipt of delivery was received on August 22, 2022. (ECF No. 3.) The OSC provided Mr. Nelson with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Nelson. Failure to respond within 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Roy L. Nelson, III, Bar No. 7842, is hereby suspended from practice in United States District Court for the District of Nevada.

DATED THIS 29th Day of September 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 30th Day of September 2022, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

> Roy L. Nelson, III, Esq.
> c/o David T. Brown, Esq.
> 520 S. Fourth Street
> Las Vegas, NV 89101

Certified Mail No.: 7020 3160 0000 7420 0936

Electronic Mail:

dbrown@brownlawlv.com

> /s/ Amber F.
> Deputy Clerk
> United States District Court,
> District of Nevada